IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DEVARON LAMAR BOWERS
ADC #129637                                                              PLAINTIFF

v.                    Case No. 3:10-cv-136-DPM

DAVID N. LASER, LARRY NORRIS,
Director of Arkansas Department of Correction,
ARKANSAS GENERAL ASSEMBLY,
BERNARD BUTLER, LINDSEY FAIRLEY,
and TOM MONTGOMERY                                                       DEFENDANTS

JUDGMENT

Devaron L. Bowers's complaint is dismissed without prejudice for the reasons the Court discussed in its prior order.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

4 August 2010